Annie Sovinsky, Respondent, v. Frances Steinberg and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Greater New York Film Rental Company, Appellant, v. Motion Picture Patents Company and Others, Respondents.— Judgment affirmed, with costs, on opinion in 157 Appellate Division, 906. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

George L. Oertel, Appellant, v. Henry A. Siebrecht, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Laughlin and Dowling, JJ., dissented.

Abraham Kornbluth, Respondent, v. Edward A. Isaacs and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Timothy Maher, Appellant, v. New England Navigation Company, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Agnes Herndon Andruss, Respondent, v. The American Amusement Association, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

White Studio, Incorporated, Appellant, v. Alexander W. Dreyfoos and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, on 156 Appellate Division, 762. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Daniel O'Day, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Cheever N. Ely and Others, as Executors, etc., Respondents, v. Anastasio C. M. Azoy, as Trustee, etc., Impleaded with Euphemia R. B. Mackie and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Samuel W. Cockrell, Appellant, v. Edward F. Hutton and Others, Respondents.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Morris Berman, Respondent, v. Michael Tiernan, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict of the jury was against the weight of the evidence. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.